UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIGI GIROTTO,

                      Plaintiff(s)

      -against-

PETROSSIAN BOUTIQUE, et al.,
                      Defendant(s).
-----------------------------------------------------------X

24 civ 8840 (JGK)

## ORDER

The conference scheduled for Tuesday, April 8, 2025, at 3:30pm, is canceled.

**SO ORDERED.**

*/s/ John G. Koeltl*
**JOHN G. KOELTL**
**UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
       March 31, 2025